IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROIRDON L. DOREMUS<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE SECRETARY OF AGRICULTURE<br><br>　　　　Defendants. | Case No.  3:11-CV-312-BLW<br><br>**ORDER** |

　　　　The Court has before it a motion to consolidate, seeking to consolidate this case with *U.S. v. Doremus* CV-11-406-CWD.  The Court finds that the same Judge should handle both cases, but that the cases should remain separate, at least for the time being.  Accordingly, the Court will order that Judge Dale's case be transferred to this Court but will deny the motion to consolidate the cases.

　　　　The motion also contains a request for discovery.  Discovery requests need to be addressed to opposing counsel rather than to the Court in the first instance, and so the Court will deny this part of the motion.  Accordingly,

　　　　NOW THEREFORE IT IS HEREBY ORDERED, that the motion to consolidate (docket no. 12) is DENIED without prejudice to reconsider consolidation at a later time.

　　　　IT IS FURTHER ORDERED, that *U.S. v. Doremus* CV-11-406-CWD be transferred to

**Memorandum Decision & Order - 1**

this Court and that the case number be changed to CV-11-406-BLW.

IT IS FURTHER ORDERED, that a copy of this decision be filed by the Clerk in *U.S. v. Doremus* CV-11-406-CWD.

DATED:  **February 9, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 2**