IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROIRDON DOREMUS, ) | Case No. 3:11-cv-00312-BLW |
| ) | |
| Plaintiff, ) | **ORDER GRANTING LEAVE TO** |
| ) | **WITHDRAW** |
| vs. ) | |
| ) | |
| THE SECRETARY OF AGRICULTURE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court, having granted counsel Jonathan D. Hally's motion to withdraw as counsel for Plaintiff Roirdon Doremus, hereby finds as follows:

NOW THEREFORE IT IS HEREBY ORDERED, that Jonathan D. Hally will continue to represent Plaintiff, ROIRDON DOREMUS, until proof of service of this Order on the Plaintiff has been filed with the Court.

IT IS FURTHER ORDERED, that the Plaintiff must appoint another attorney to appear, or to appear in person by filing a notice with the Court stating how the party will be represented. The Plaintiff has twenty-one (21) days from the date of the filing of the proof of service to advise the Court in writing in what manner the client will be represented.

IT IS FURTHER ORDERED, that if the Plaintiff fails to appear in the action, either in person or through a newly appointed attorney within such twenty-one (21) day period, such failure will be sufficient grounds for dismissal of this action with prejudice and without further notice.

If the party appears pro se, said party must advise the Court and other counsel of record, in writing, of the pro se litigant's address and any change in mailing address by filing a document entitled "Notice of Change of Address".



DATED:  **May 2, 2013**

_____
B. LYNN WINMILL
Chief Judge
United States District Court